# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-7412 PSG (MRW) | Date | April 4, 2016 |
|---|---|---|---|
| Title | Haight v. Marshall | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL

In response to the Court's last order regarding service of this civil rights complaint (Docket # 6), Plaintiff filed two proofs of service. One indicates that Plaintiff attempted to serve the individual sheriff's deputy by delivering the complaint to the county sheriff's "civil liabilities unit" in San Bernardino. (Docket # 8 at 2.) The other proof shows that Plaintiff sought to serve the state attorney general by mailing the complaint to an office in San Francisco. (Docket # 7 at 2.) To date, the Court's docket reveals no appearance for the defense in the case.

The Court continues to have doubts about the legitimacy of Plaintiff's service of process in this federal action. Moreover, despite the January 2016 proofs of service, Plaintiff has not requested the entry of default or taken any other action to advance the case.

Therefore, Plaintiff is ORDERED to show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41. Plaintiff is required to demonstrate by April 25 that he is diligently advancing this lawsuit. At a minimum, Plaintiff will establish that service in the action has met the statutory requirements under federal law. Failure to respond to this order will lead to a recommendation of dismissal.