1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| TERRY DEAN HAIGHT, Jr., | Case No. CV 15-7412 PSG (MRW) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| J. MARSHALL, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1 | IT IS ORDERED that this case is dismissed without leave to amend.

DATE: 10/3/16

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE